## Commonwealth *v.* Steich, Appellant.

Submitted June 8, 1970. *Rodney D. Henry,* Public Defender, for appellant; *Michael F. O'Brien,* Assistant District Attorney, and *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded so that appellant may amend the post-conviction petition of May 6, 1969, to allege any extraordinary circumstances which justify the failure to raise his new allegations on his prior petition. Post Conviction Hearing Act, Section 4(b)(2), Act of January 25, 1966, P. L. (1965) 1580, 19 P.S. §1180-4(b)(2) (Supp. 1970). See *Commonwealth v. Satchell,* 430 Pa. 443, 243 A. 2d 381 (1968).

WRIGHT, P. J., dissents.